UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES P. LARWETH,**

       **Plaintiff,**

v.                                                           **Case No: 6:18-cv-823-Orl-41DCI**

**MAGELLAN HEALTH, INC.,**

       **Defendant.**

## ORDER

This cause comes before the Court for consideration with oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PROVIDE COMPLETE RESPONSES TO INTERROGATORY NOS. 12, 14 AND 17 AND PRODUCE DOCUMENTS RESPONSIVE TO REQUEST NOS. 8, 11, 17, 18 AND 20 (Doc. 45)** <br><br> **PLAINTIFF'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER (Doc. 46)** |
| **FILED:** | **February 14, 2019** |

**THEREON** it is **ORDERED** that the motion to compel (Doc. 45) is **GRANTED**. The motion to quash (Doc. 46) is **GRANTED IN PART AND DENIED IN PART**.

On March 13, 2019, the Court conducted a hearing on the parties' respective discovery motions. On the morning of the hearing, the parties filed a notice that there was a partial resolution regarding the requested relief, but issues remained for the Court's consideration. Doc. 55. At the

hearing, the Court heard argument from both parties. As stated on the record it is **ORDERED** that:

1. The Defendant's Motion to Compel Responses (Doc. 45) is **GRANTED**. Plaintiff's argument for withholding the production of the requested documents and information is not supported in the law. **On or before March 20, 2019**, Plaintiff is directed to produce to Defendant the discovery that is at issue in the Motion;

2. Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), Defendant is awarded its reasonable attorney fees and costs against Plaintiff for bringing the Motion. The parties are directed to confer in person or via telephone in a good faith effort to agree about the amount of attorney fees and costs awarded pursuant to this order;

3. If the parties are unable to agree on the amount of attorney fees and costs, then, **on or before March 27, 2019**, Defendant may file a motion to quantify the fees and costs awarded in this order; and

4. Plaintiff's Motion to Quash or Modify Defendant's Subpoena (Doc. 46) is **GRANTED IN PART** to the extent that the scope of the subpoena to Plaintiff's cellular provider is limited to telephone call logs from March 1, 2017 to the present.[1]  See Fed. R. Civ. P. 26(b)(1). The remainder of the Motion (Doc. 46) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2019.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

---

[1] Defendant's counsel represented to the Court at the hearing that it would notify the cellular provider that the subpoena is modified.