UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES P. LARWETH,**

      **Plaintiff,**

v.                                             **Case No:  6:18-cv-823-Orl-41DCI**

**MAGELLAN HEALTH, INC.,**

      **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on Defendant and Counter-Plaintiff Magellan Health, Inc.'s ("Magellan") Motion for Clarification ("Motion," Doc. 162), which was addressed by the Court at the December 19, 2019 status conference. This Order will also memorialize the scheduling matters addressed at the status conference.

As explained on the record, the Motion will be granted in part and denied in part. Insofar as the Motion requests clarification that the Preliminary Injunction (Doc. 145) enjoins Larweth from competing directly or indirectly through *any* business, including Polestar, the Motion will be granted. Insofar as the Motion asks this Court to determine that Larweth is, in fact, violating the Preliminary Injunction, it will be denied without prejudice. If Magellan believes it can prove that Larweth is violating the Preliminary Injunction, Magellan may file a motion for sanctions and request an evidentiary hearing.

As to the remaining scheduling matters, the trial term and related deadlines will be continued as set forth below.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Magellan's Motion for Clarification (Doc. 162) is **GRANTED in part** and **DENIED in part** as set forth herein.

2. This matter is set for a date-certain trial on **April 27, 2020, through May 1, 2020**.

3. The Final Pretrial Conference is set for **Thursday, April 2, 2020, at 10 a.m.**[1]

4. **On or before February 28, 2020**, the parties shall file their Final Pretrial Statement.

**DONE** and **ORDERED** in Orlando, Florida on December 23, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] Although at the status conference, the Court indicated that the Final Pretrial Conference would be telephonic, upon further reflection the Court concludes that an in-person hearing is necessary.