UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES P. LARWETH, an individual,

    Plaintiff/Counter-Defendant,

v.

CASE NO.: 6:18-cv-823-Orl-41DCI

MAGELLAN HEALTH, INC., a Delaware corporation,

    Defendant/Counter-Plaintiff.

_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Court's April 2, 2021 Order [DE 314], the parties hereby file this Joint Stipulation of Dismissal with Prejudice. Each party will bear his/its own fees and costs.

Dated: July 6, 2021.

| | |
|---|---|
| */s/ David S. Wood* | *Joyce Ackerbaum Cox (w/express permission)* |
| David S. Wood, Esq. | Joyce Ackerbaum Cox, Esq. |
| Florida Bar No.: 289515 | Florida Bar No.: 0090451 |
| Email: david.wood@akerman.com | Email: jacox@bakerlaw.com |
| Monica M. Kovecses, Esq. | Kevin W. Shaughnessy, Esq. |
| Florida Bar No.: 105382 | Florida Bar No.: 0473448 |
| Email: monica.kovecses@akerman.com | Email: kshaughnessy@bakerlaw.com |
| **AKERMAN LLP** | Mary Caroline Cravatta, Esq. |
| Post Office Box 231 | Florida Bar No.: 125712 |
| Orlando, Florida 32802-0231 | Email: mcravatta@bakerlaw.com |
| Phone: (407) 423-4000 | Erin M. Sales, Esq. |
| Fax: (407) 843-6610 | Florida Bar No.: 119799 |
| | Email: esales@bakerlaw.com |

<div style="display: flex;">

And

Todd Mensing (*Pro hac vice*)
Texas Bar No. 24013156
Email:  tmensing@azalaw.com
Harrison Scheer (*Pro hac vice*)
Texas Bar No. 24110333
Email: hscheer@azalaw.com
**AHMAD, ZAVITSANOS,**
  **ANAIPAKOS, ALAVI & MENSING, P.C.**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Phone: (713) 655-1101
Fax: (713) 655-0062
*Attorney for Plaintiff/Counter-Defendant*
*JAMES P. LARWETH*

**BAKER & HOSTETLER LLP**
200 South Orange Avenue, #2300
Post Office Box 112
Orlando, Florida 32802-0112
Phone: (407) 649-4000
Fax: (407) 841-0168
*Attorneys for Defendant/Counter-Plaintiff, MAGELLAN HEALTH, INC.*

</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 6, 2021, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which will send an electronic notice to all counsel of record.

<div style="text-align: right;">

*/s/ David S. Wood*
David S. Wood, Esq.

</div>